# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | Case No. 3:17-mj-00052-WGC |
| v. | ) | |
| JENNA LEANNE ALLEC | ) | |
| | ) | Charging District:  **Northern District of California** |
| *Defendant* | ) | Charging District's Case No.  CR 16-00516 HSG |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
### WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Ronald V. Dellums Federal Building & Courthouse 1301 Clay Street Oakland, CA 94612 | Courtroom No.:  **4** |
|---|---|
| | Date and Time: 5/8/2017 9:30 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  _____05/02/2017_____

_____
*Judge's signature*

William G. Cobb U.S. Magistrate Judge
*Printed name and title*

```
✓  FILED          ___ RECEIVED
___ ENTERED       ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

        MAY - 2 2017

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____  DEPUTY
```